(Post 11/2015)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 01 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

MAE REED
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 2:22CV54-DPM
(case number to be supplied by the assignment clerk)

PRODUCER'S MILL INC

(Name of defendant or defendants)

This case assigned to District Judge Marshall
and to Magistrate Judge Erwin

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, MAE REED , is a
(name of plaintiff)
citizen of the United States and resides at 309 ROOSEVELT PL ,
(street address)
STUTTGART , ARKANSAS , ARKANSAS , 72160 ,
(city)       (county)        (state)       (ZIP)
870-674-4844 .
(telephone)

3. Defendant, PRODUCER'S MILL INC , lives at, or its
(name of defendant)
business is located at PO BOX 1248 , STUTTGART ,
(street address)                         (city)
ARKANSAS , ARKANSAS , 72160 .
(county)    (state)      (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at __P.O. BOX 1248__, __STUTTGART__,
　　　　　　　(street address)　　　　　　　　　(city)
__ARKANSAS__, __ARKANSAS__, __72160__.
(county)　　　(state)　　　　(ZIP)

5.　Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about __JUNE OR JULY__ __30th__ __2021__.
　　　　　　　　　　　　　　　　　　　　　　　(month)　　(day)　　(year)

6.　Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __NOV or DEC__ ____ __2021__.
　　　　　　　　　　　　　　　　　　　　　　　(month)　　(day)　　(year)

7.　The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on __01__ __03__ __2022__, a copy of which notice
　　　　　　　　　　　　　　　　　　(month)　(day)　(year)
is attached to this complaint.

8.　Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, defendant:

　　(a) _____ failed to employ plaintiff.

　　(b) __✓__ terminated plaintiff's employment.

　　(c) _____ failed to promote plaintiff.

　　(d) __TERMINATED EMPLOY DUE TO DISABILITY__

_____

_____

_____

_____

9.　The circumstances under which the defendant discriminated against plaintiff were

as follows: AGE & DISABILITY

_____

_____

_____

_____

_____

_____

_____

10. The acts set forth in paragraph 9 of this complaint:

(a) ✓ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) ✓ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) _____ Defendant be directed to PAY PLANTIFF A YEARS SALARY AT THE RATE OF PAY WHICH PLANTIFF WAS MAKING

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Mae Reed
SIGNATURE OF PLAINTIFF

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mae Reed<br>309 Roosevelt Pl<br>Stuttgart, AR 72160 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2022-00256 | Brittney Wilkerson,<br>Investigator | (501) 900-6131 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

William A. Cash, Jr.,
Area Office Director

1/3/2022
*(Date Issued)*

Enclosures(s)

cc:  **Karen Bagley
HR Director
Producer's Mill Inc.
PO Box 1248
Stuttgart, AR 72160**