IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MAE REED**                                                                                      **PLAINTIFF**

v.                                       No. 2:22-cv-54-DPM

**PRODUCERS MILL INC.**                                                          **DEFENDANT**

ORDER

1.   Reed's application to proceed *in forma pauperis*, Doc. 1, is granted. She reports minimal income and several dependents.

2.   The Court must screen Reed's complaint. 28 U.S.C. § 1915(e)(2). The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law. FED. R. CIV. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii). Reed claims she was fired in violation of Title VII because of her age and disability. *Doc. 2*. Reed helpfully attached the EEOC right-to-sue notice but not her charge of discrimination. She has not specified her former job, how old she is, or her disability. She has not described the events surrounding her firing, including who was involved, when it occurred, and why she believes she lost her job because of age and disability. To evaluate her case, the Court needs to know particulars.

3.   Reed must file an amended complaint with more details. She must do so by 26 May 2022. If she does not, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2022