IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MAE REED                                                                       PLAINTIFF

v.                              No. 2:22-cv-54-DPM

PRODUCERS MILL INC.                                              DEFENDANT

## ORDER

As requested, Reed has provided details about the claims she seeks to pursue. *Doc. 5*. The Court must screen her amended complaint.

Reed says that she suffered a knee injury at work that required surgery and an extended leave for recovery. She needed additional leave due to exposure to COVID-19. Later, Reed was fired. She believes she lost her job because of her knee injury. Reed received a workers' compensation settlement for her injury; she suggests that she accepted that settlement to make ends meet only after she was fired.

The Court sees two potential claims that are best addressed after hearing from Producers Mill. First, Reed's injury may have rendered her disabled as contemplated by the Americans with Disabilities Act, which would trigger an obligation of reasonable accommodation. 42 U.S.C. § 12102(1). Second, Reed may have a retaliation claim for exercising her rights under the Family Medical Leave Act. 29 U.S.C. § 2615(a).

The Clerk must issue summons and provide it and a copy of the complaint, *Doc. 2*, and amended complaint, *Doc. 5*, to the U.S. Marshal. The Court directs the Marshal to serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on Mill's registered agent, officer, managing agent, or any other agent authorized to receive service at its corporate headquarters: 518 E. Harrison Street, Stuttgart, AR 72160.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2022