# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MAE REED**                                                                                     **PLAINTIFF**

v.                                       No. 2:22-cv-54-DPM

**PRODUCER'S RICE MILL, INC.**                               **DEFENDANT**

## ORDER

Motion to withdraw, *Doc. 17*, granted. Daniel L. Herrington is relieved as counsel for defendant. Mike Moore must enter an appearance. The Court directs the Clerk to update the docket to correct the defendant's name: Producer's Rice Mill, Inc.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 December 2022