IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MAE REED**                                                                                   **PLAINTIFF**

v.                             No. 2:22-cv-54-DPM

**PRODUCERS MILL INC.**                                        **DEFENDANT**

### ORDER

Reed's second motion to appoint counsel, *Doc. 20*, is denied without prejudice. Again, the law and facts are not so complex as to warrant appointing counsel at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2023