# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MAE REED**                                                                  **PLAINTIFF**

v.                                   No. 2:22-cv-54-DPM

**PRODUCERS RICE MILL, INC.**                         **DEFENDANT**

## ORDER

Producers's motion to compel, *Doc. 22*, is denied without prejudice. The parties must meet and confer *in person* and must follow the procedures for discovery disputes outlined in the Final Scheduling Order, *Doc. 14 at 3*.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 October 2023