**UNITED STATES DISTRICT COURT**
**EASTERN DISRICT OF ARKANSAS**
**DELTA DIVISION**

MAE REED                                                     PLAINTIFF

v.                                **2:22-cv-00054-DPM**

PRODUCER'S RICE MILL, INC.                              DEFENDANT

### JOINT MOTION FOR SETTLEMENT CONFERENCE

COME NOW Plaintiff Mae Reed and Defendant Producer's Rice Mill, Inc. (collectively, the "Parties"), and for their Joint Motion for Settlement Conference state as follows:

1.  The Parties have disclosed information and documents to each other and engaged in communications seeking a resolution of this matter and believe that they may be able to settle the claims in this lawsuit without further litigation through a settlement conference.

2.  The Parties hereby jointly move the Court to refer this case to a magistrate judge for a settlement conference to be held at the magistrate judge's earliest convenience.

WHEREFORE, Plaintiff and Defendant respectfully request that their Joint Motion for Settlement Conference be granted, and for all other relief to which they may be entitled.

*[signature page to follow]*

FEC\-12/8/22
13217.1452/10297179.1

Respectfully submitted,

**PLAINTIFF MAE REED**
309 Roosevelt Pl
Stuttgart, AR 72160

and

**DEFENDANT PRODUCER'S RICE MILL, INC.**
Michael S. Moore (ABA # 82112)
Mark K. Cameron (ABA # 2021193)
Anuj Teotia, (ABA# 2023118)
Friday, Eldredge & Clark, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR  72201-3493
501-370-1526
501-370-1578
501-370-1463
mmoore@fridayfirm.com
mcameron@fridayfirm.com
ateotia@fridayfirm.com

## CERTIFICATE OF SERVICE

I, Anuj Teotia, certify that on this 5th day of February 2024, I have electronically filed the foregoing with Clerk of the Court using the CM/ECF system, and provided a copy to Plaintiff, who is *pro se*, via U.S. Mail, to the following:

Mae Reed
309 Roosevelt Pl
Stuttgart, AR 72160

/s/ Anuj Teotia
    Anuj Teotia

2