IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MAE REED                                                                           PLAINTIFF

v.                              No. 2:22-cv-54-DPM

PRODUCERS RICE MILL, INC.                                          DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 22 May 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2024